# UNITED STATES DISTRICT COURT
for the
Northern District of Texas
_____ Division

DEC 29 2025 AM 11:45
FILED-USDC-NDTX-WF

Sunsavrri Roberts

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Judge Worthington

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 7-25CV-129-O
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sunsavrri Roberts |
| Street Address | PO Box 3043 |
| City and County | Wichita Falls, Wichita |
| State and Zip Code | Tx 76301 |
| Telephone Number | 405 500 8250 |
| E-mail Address | Sroberts4788@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name: Judge Susan Worthington
    Job or Title (if known): Judge
    Street Address: 606 Husband
    City and County: Stillwater Payne
    State and Zip Code: OK 74075
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2

    Name: Connie Harper
    Job or Title (if known): Clerk
    Street Address: 606 Husband
    City and County: Stillwater Payne
    State and Zip Code: OK 74075
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: Brenda Nipp
    Job or Title (if known): DA
    Street Address: 606 Husband
    City and County: Stillwater Payne
    State and Zip Code: OK 74075
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: Laura Thomas
    Job or Title (if known): DA
    Street Address: 606 Husband
    City and County: Stillwater Payne
    State and Zip Code: OK 74075
    Telephone Number:
    E-mail Address (if known):

Defendant No. 1
- Name: Jessica Culle
- Job or Title (if known): DHS
- Street Address: 211 E 9th
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Samantha Hallman
- Job or Title (if known): DHS Manager
- Street Address: 211 E 9th
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Justin Hoenshall
- Job or Title (if known): DHS Manager
- Street Address: 211 E 9th
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Payne Co DHS Office
- Job or Title (if known):
- Street Address: 211 E 9th
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
- Name: Lori Allen
- Job or Title (if known): Court Clerk
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Glenna Craig
- Job or Title (if known): Court Clerk
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Captain William Fox
- Job or Title (if known): Police Captain
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Payne Co Sherriff Office
- Job or Title (if known):
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
- Name: Payne Co Courthouse
- Job or Title (if known):
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Jack Bowyer
- Job or Title (if known): Lawyer
- Street Address: 606 Husband
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Chelsey Frantz
- Job or Title (if known): DHS
- Street Address: 7901 OK-66
- City and County: El Reno Canadian
- State and Zip Code: OK 73036
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Christina Cook
- Job or Title (if known): DHS
- Street Address: 211 E 9th
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
- Name: OSU Campus PD & Capt Michael Gulbraith Sr
- Job or Title (if known):
- Street Address: 104 USDA Bldg 224 N
- City and County: Stillwater Payne Orchard
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Jon Pederson
- Job or Title (if known): Dean
- Street Address: 106 Nancy Rudulph
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Payne Co Bar
- Job or Title (if known):
- Street Address: PO Box 1035
- City and County: Stillwater Payne
- State and Zip Code: OK 74075
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: OKC County Bar
- Job or Title (if known):
- Street Address: 1901 N Lincoln
- City and County: OKC Canadian
- State and Zip Code: OK 73105
- Telephone Number:
- E-mail Address (if known):

DSU - Payne Courthouse +

b. If the defendant is a corporation

The defendant, (name) Payne DHS Office , is incorporated under the laws of the State of (name) OK , and has its principal place of business in the State of (name) OK .

Or is incorporated under the laws of (foreign nation) _____ ,

and has its principal place of business in (name) _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Legal Malpractice + Abuse of power Lawsuit against my Judge, Lawyer, Campus PD + every worker involved in this Statement + evidence Attached. Our families rights

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4th Ammendent They broke in. Unlocking 2 doors

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plz see next page

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I had no idea they were not allowed to talk to my suicidal dying child w/o me knowing while she's at a mental hospital getting help

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Sunsarr, Robets, is a citizen of the State of *(name)* TX.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Susan Worthington, is a citizen of the State of *(name)* OK. Or is a citizen of *(foreign nation)* _____.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/3/25

Signature of Plaintiff

Printed Name of Plaintiff   Sunsarri Roberts

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address